Rickey SMITH, Plaintiff–Appellant,

v.

T. BURNELL, Sergeant; John Doe, Lieutenant; South Carolina Department of Corrections, Defendants–Appellees.

No. 09–7821.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 28, 2010.

Rickey Smith, Appellant Pro Se. Janet Carol Brooks, Daniel Roy Settana, Jr., McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickey Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Burnell,* No. 4:08–cv–01089–TLW, 2009 WL 2762510 (D.S.C. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*